| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Frederick A. Ingram Sr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0145 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Gwen Ingram <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4120 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–26673–ABA | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Frederick A. Ingram Sr.                            Gwen Ingram
    aka Frederick A Ingram


    10/5/20                                            **By the court:** Andrew B. Altenburg Jr.
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-26673-ABA
Frederick A. Ingram, Sr.  Chapter 13
Gwen Ingram
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Oct 05, 2020    Form ID: 3180W    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick A. Ingram, Sr., Gwen Ingram, 57 Wilson Avenue, Bellmawr, NJ 08031-1259 |
| 515720614 | + | Capital One Bank, Attn: Portfolio Recovery LLC, 140 Corporate Blvd, Norfolk, Virginia 23502-4952 |
| 518142907 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 518142908 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909 Attn: Bankruptcy Department |
| 518037332 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Shapiro and DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 515720621 | + | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515720610 | | EDI: ARSN.COM | Oct 06 2020 01:33:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 515720611 | | EDI: BANKAMER.COM | Oct 06 2020 01:33:00 | Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 515720613 | | EDI: CAPITALONE.COM | Oct 06 2020 01:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 515720612 | + | EDI: CAPITALONE.COM | Oct 06 2020 01:33:00 | Cap1/bstby, P.O. Box 30253, Salt Lake City, Utah 84130-0253 |
| 515758390 | | EDI: CAPITALONE.COM | Oct 06 2020 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515848856 | + | EDI: CRFRSTNA.COM | Oct 06 2020 01:33:00 | Credit First/CFNA, Po Box 818011, Cleveland, OH 44181-8011 |
| 515720615 | + | EDI: CRFRSTNA.COM | Oct 06 2020 01:33:00 | Credit First/CFNA, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 515720616 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2020 22:18:22 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 515720617 | + | EDI: FSAE.COM | Oct 06 2020 01:33:00 | Firstsource, LLC, 205 Bryant Woods, South, Amhurst, NY 14228-3609 |
| 515720618 | + | EDI: RMSC.COM | Oct 06 2020 01:33:00 | GECRB/Lowes, 4125 Windward Plaza, |

Case 15-26673-ABA    Doc 51    Filed 10/07/20    Entered 10/08/20 00:32:51    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 3180W | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Alpharetta, GA 30005-8738 |
| 515822479 | + EDI: MID8.COM | | Oct 06 2020 01:33:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515720619 | + EDI: MID8.COM | | Oct 06 2020 01:33:00 | Midland Funding/MCM Inc, 2365 Northside Drive, Ste 300, San Diego, California 92108-2709 |
| 515720620 | + EDI: NFCU.COM | | Oct 06 2020 01:33:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 515810402 | + EDI: NFCU.COM | | Oct 06 2020 01:33:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, Virginia 22119-3000 |
| 515845060 | EDI: PRA.COM | | Oct 06 2020 01:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 515720622 | EDI: TDBANKNORTH.COM | | Oct 06 2020 01:33:00 | Td Banknorth, 70 Gray Rd, Portland, ME 04105 |
| 515841717 | EDI: WFFC.COM | | Oct 06 2020 01:33:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515720623 | EDI: WFFC.COM | | Oct 06 2020 01:33:00 | Wells Fargo Visa, Cscl Dispute Team, Des Moines, Iowa 50306 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518037404 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Shapiro and DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 515921386 | ## | Pacific Union Financial, LLC, 8900 Freeport Parkway, Suite 150, Irving TX, 75063-2415 |
| jdb | *+ | Gwen Ingram, 57 Wilson Avenue, Bellmawr, NJ 08031-1259 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Pacific Union Financial  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com |
| Isabel C. Balboa | |

Case 15-26673-ABA    Doc 51    Filed 10/07/20    Entered 10/08/20 00:32:51    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 3180W | Total Noticed: 26 |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey Rappaport
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper jrappaport@logs.com  njbankruptcynotifications@logs.com

Joshua I. Goldman
   on behalf of Creditor Pacific Union Financial  LLC josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Krystin Miranda Kane
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kralex@logs.com

Ned Mazer
   on behalf of Joint Debtor Gwen Ingram nmazer9393@comcast.net

Ned Mazer
   on behalf of Debtor Frederick A. Ingram  Sr. nmazer9393@comcast.net

Rebecca Ann Solarz
   on behalf of Creditor Pacific Union Financial  LLC rsolarz@kmllawgroup.com

United States Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11