Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−26673−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frederick A. Ingram Sr.
aka Frederick A Ingram
57 Wilson Avenue
Bellmawr, NJ 08031

Gwen Ingram
57 Wilson Avenue
Bellmawr, NJ 08031

Social Security No.:
  xxx−xx−0145                                    xxx−xx−4120

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 2, 2020</u>

<u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court